AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RAHIM MUHAMMAD,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:07-CV-00617-BES-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Petitioner's failure to pay filing fee.


  April 11, 2008                                   **LANCE S. WILSON**
                                                       Clerk


                                                      /s/ Katie Lynn Ogden
                                                      Deputy Clerk